# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

Thomas J. Rattay
(973) 630-2334
thomas.rattay@ogletree.com

March 31, 2026

The Honorable Cari Fais, U.S.M.J.
United State District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Courtroom 4D
Newark, New Jersey 07101

> Re: *Amanda Landwehrle v. Patriots' Path Council, et al.*,
> Civil Action No. 2:24-cv-09620-CCC-CF

Dear Judge Fais:

We represent defendants Patriots' Path Council and Marc Andreo ("Defendants") in the above-referenced matter. Please accept this Joint Status Letter in response to the Court's Text Order of February 25, 2026. Since our last status call with the Court, the parties resumed settlement negotiations and have made significant progress.

Thank you for your kind attention to this matter.

Respectfully submitted,

**OGLETREE DEAKINS NASH
SMOAK & STEWART, P.C.**

*/s/ Thomas J. Rattay, Esq.*
Thomas J. Rattay, Esq.

cc:    All Counsel of Record via ECF

Atlanta ▪ Austin ▪ Baltimore ▪ Berlin ▪ Birmingham ▪ Boston ▪ Buffalo ▪ Calgary ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro
Fresno ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Kansas City ▪ Las Vegas ▪ Lexington ▪ London ▪ Los Angeles ▪ Memphis ▪ Mexico City ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal
Morristown ▪ Munich ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR
Raleigh ▪ Richmond ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ St. Louis ▪ St. Thomas ▪ Stamford ▪ Tampa ▪ Toronto ▪ Torrance ▪ Washington, D.C.