**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

Michael C. Salvo
(973) 656-1600
michael.salvo@ogletree.com

March 31, 2026

The Honorable Cari Fais, U.S.M.J.
United State District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Courtroom 4D
Newark, New Jersey 07101

Re:    *Amanda Landwehrle v. Patriots' Path Council, et al.*,
       **Civil Action No. 2:24-cv-09620-CCC-CF**

Dear Judge Fais:

We represent defendants Patriots' Path Council and Marc Andreo ("Defendants") in the above-referenced matter. Please be advised that the parties have reached a settlement and are in the process of preparing a settlement agreement.

Thank you for your kind attention to this matter.

Respectfully submitted,

**OGLETREE DEAKINS NASH
SMOAK & STEWART, P.C.**

*/s/ Michael C. Salvo, Esq.*
     Michael C. Salvo, Esq.

cc:    All Counsel of Record via ECF

Atlanta ▪ Austin ▪ Baltimore ▪ Berlin ▪ Birmingham ▪ Boston ▪ Buffalo ▪ Calgary ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro
Fresno ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Kansas City ▪ Las Vegas ▪ Lexington ▪ London ▪ Los Angeles ▪ Memphis ▪ Mexico City ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal
Morristown ▪ Munich ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR
Raleigh ▪ Richmond ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ St. Louis ▪ St. Thomas ▪ Stamford ▪ Tampa ▪ Toronto ▪ Torrance ▪ Washington, D.C.